Amy Lynn Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
aginsburg@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOYNA CANTORIA, | Case No. 5:15-cv-00903-NC |
| Plaintiff, | [~~PROPOSED~~] ORDER ON PLAINTIFF'S MOTION TO ADJOURN THE INITIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR APRIL 29, 2015 |
| v. | |
| I.C. SYSTEM, INC., | |
| Defendant.. | |

Good cause being shown, the IT IS HEREBY ORDERED as follows:

The Initial Case Management Conference in the above-entitled action is continued from April 29, 2015 at 10:00 a.m. to __May 27__, 2015 at _10:00_ a.m.

The parties shall meet and confer re: initial disclosures, early settlement, ADR process selection, and a discovery plan by __May 6__, 2015.

The parties shall file either a stipulation to ADR process or Notice of Need for ADR Phone Conference by __May 6__, 2015.

- 1 -

~~PROPOSED~~ ORDER - MOTION TO ADJOURN THE APRIL 29, 2015
CONFERENCE
CASE NO. 5:15-cv-00903-NC

1  The parties shall file a Rule 26(f) Report, complete initial disclosures or
2  state objection in Rule 26(f) Report and file a Case Management Statement by
3
4  _____May 20_____, 2015, including their consent or declination to proceed before a
5  magistrate judge.

8  Dated: ____April 10, 2015_____



_____
Nathanael M. Cousins
United States Magistrate Judge