1  Amy Lynn Bennecoff Ginsburg (275805)
2  Kimmel & Silverman, P.C.
3  30 East Butler Pike
4  Ambler, PA 19002
   Telephone: 215-540-8888
5  Facsimile: 215-540-8817
6  aginsburg@creditlaw.com
   Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOYNA CANTORIA, | Case No. 5:15-cv-00903-NC |
| Plaintiff, | [~~PROPOSED~~] ORDER ON PLAINTIFF'S MOTION TO ADJOURN THE INITIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR MAY 22, 2015 |
| v. | |
| I.C. SYSTEM, INC., | |
| Defendant.. | |

Good cause being shown, the IT IS HEREBY ORDERED as follows:

The Initial Case Management Conference in the above-entitled action is continued from May 27, 2015 at 10:00 a.m. to _____July 8_____, 2015 at __10:00__ a.m. Case management statement including consent or declination to proceed before magistrate judge due July 1, 2015.

DATED: _____May 7_____, 2015

Dated: __May 7, 2015__     _____
                           Hon. Nathanael M. Cousins
                           United States Magistrate Judge

**GRANTED**
Judge Nathanael M. Cousins

- 1 -