UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOYNA CANTORIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>I.C. SYSTEM, INC.,<br><br>　　　　　Defendant. | Case No.  15-cv-00903-BLF<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

　　　　The Court has reviewed Plaintiff's Notice of Settlement.  ECF 24.  In light of the notice, the Initial Case Management Conference scheduled for July 9, 2015 is hereby CONTINUED to **September 17, 2015 at 1:30 p.m.** in Courtroom 3, 5th Floor.  The parties shall file a stipulation of dismissal or a status report by no later than September 10, 2015.

　　　　**IT IS SO ORDERED.**

Dated: July 1, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge